**In re: Tyrone STAPLES, Petitioner.**

No. 07–3029.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. July 26, 2007.

Filed: Aug. 6, 2007.

Tyrone Staples, Lewisburg, PA, for Petitioner.

Before: BARRY, AMBRO and FISHER, Circuit Judges.

OPINION

PER CURIAM.

Pro se petitioner Tyrone Staples, an inmate at the United States Penitentiary at Lewisburg, Pennsylvania, seeks a writ of mandamus to compel the United States District Court for the Middle District of Pennsylvania to promptly reach a decision on his petition for writ of habeas corpus filed under 28 U.S.C. § 2241.

Staples filed his § 2241 petition with the district court on December 19, 2006. On July 9, 2007, this petition for writ of mandamus was docketed (Staples dated the

petition June 20, 2007).[1] On July 6, 2007, the district court entered an order denying Staples' § 2241 petition.[2] Because Staples has received the relief he sought in filing his mandamus petition—a ruling on his § 2241 petition—we will deny his mandamus petition as moot.

---

1. In a clerk's order, Staples was granted leave to proceed in forma pauperis, and asked to provide a response explaining why his mandamus petition was not moot in light of the district court's order. Staples has filed no such response.

2. Staples filed a notice of appeal on July 16, 2007.